# EXHIBIT A

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
HOPKINSVILLE, KENTUCKY
CIVIL ACTION NO. 08-CI-00130
DIVISION II

ENTERED
ATTEST: GARY J. HADDOCK, CLERK
JUL - 1 2008
CHRISTIAN COUNTY, KENTUCKY
BY ________ D.C.

TERRY HOFFMAN PLAINTIFF

VS.

DAVOL, INC.; C. R. BARD, INC.; and
JENNIE STUART MEDICAL CENTER DEFENDANTS

**AGREED ORDER OF DISMISSAL**
**OF JENNIE STUART MEDICAL CENTER**

* * * * * * * * * *

The Court, after being duly and sufficient advised that the plaintiff desires to voluntarily dismiss their claims against the defendant, Jennie Stuart Medical Center, HEREBY ORDERS AS FOLLOWS:

1) All claims of the plaintiff, Terry Hoffman, that have been, or could have been, brought against Jennie Stuart Medical Center, Inc., are hereby dismissed with prejudice.

IT IS SO ORDERED this the 30 day of June, 2008.

DATE 7/2/08
COPY ATTEST
GARY J. HADDOCK
CIRCUIT COURT CLERK
CHRISTIAN COUNTY, KY
BY ________ D.C.

JOHN ATKINS, JUDGE
CHRISTIAN CIRCUIT COURT,
DIVISION II

HAVE SEEN & AGREED:

Willard B. Paxton
Counsel for plaintiff

Charles G. Franklin
Counsel for Jennie Stuart Medical Center