# Paxton Law Office

327 S. Jefferson Street, Post Office Box 478
Princeton, KY 42445
(270) 365-6555
Fax: (270) 365-6644

## FAX TRANSMISSION COVER SHEET

**Date:** **April 14, 2008**

**To:** **John F. Rogers**
**Baker, Donelson, Bearman, Caldwell & Berkowitz**

**From:** **Willard B. Paxton**

**Fax:** 1-615-726-0464

**Re:** **Terry Hoffman v Davol, et al**

**Sender:** Phyllis Flahardy, Paralegal

*YOU SHOULD RECEIVE 11 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL Katrina Wyatt or Phyllis Flahardy (270)365-6555.*

***CONFIDENTIALITY STATEMENT***

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited.

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
DIVISION II
HOPKINSVILLE, KENTUCKY 42240
CIVIL ACTION NO.: 08-CI-00130

TERRY HOFFMAN PLAINTIFF

V

**MOTION FOR DEFAULT JUDGMENT**

DAVOL, INC.,
C.R. BARD, INC.,
AND
JENNIE STUART MEDICAL CENTER, DEFENDANTS

Comes the Plaintiff, TERRY HOFFMAN, by Counsel, and pursuant to Civil Rule of Procedure 55.01, hereby respectfully moves this Court to enter the Default Judgment tendered herewith against the Defendant, DAVOL, INC.. In support of his Motion. Plaintiff states as follows:

1. This action was filed on or about January 22, 2008.

2. On January 28, 2008, Defendant, DAVOL, INC., was served with a civil summons and a copy of the Complaint by the office of the Kentucky Secretary of State.

3. Return by the office of the Kentucky Secretary of State to the Circuit Court Clerk of Christian County, Kentucky was made on February 8, 2008.

3. More than twenty (20) days have elapsed since the date on which DAVOL, INC., was served with the Complaint in this action.

4. No answer, responsive pleading, defense or other papers have been served on Plaintiff's Counsel by DAVOL, INC., or anyone acting on his behalf.

WHEREFORE, Plaintiff, TERRY HOFFMAN, respectfully request that this Court enter the Default Judgment against DAVOL, INC., tendered herewith.

Respectfully submitted,

Hon. Willard B. Paxton
Attorney for Plaintiff
P.O. Box 478
327 South Jefferson Street
Princeton, Kentucky 42445
270-365-6555
270-365-6644 – FAX

**NOTICE**

Please take notice the foregoing Motion for Default Judgment will be brought on for hearing before Hon. John Atkins, Christian Circuit Court Judge, Division II. at the Christian County Judicial Center, Hopkinsville, Kentucky, on Wednesday April 16, 2008, beginning at 9:00 a.m. or as soon thereafter as Counsel can be heard.

**CERTIFICATE OF DEFAULT**

The undersigned hereby certifies that as counsel for the Plaintiff no defensive pleadings or other papers have been served upon him in behalf of the Defendant. DAVOL, INC., and that the Defendant, DAVOL, INC., is in default.

Willard B. Paxton
Attorney for Terry Hoffman

STATE OF KENTUCKY

COUNTY OF CALDWELL

Subscribed and sworn to me by WILLARD B. PAXTON. this the 4th day of April. 2007.

My commission expires: 4-29-10

Notary Public

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Motion for Default Judgment was served, U.S. mail, postage pre-paid, this the 4 day of April, 2008, to the following:

(Original)
Christian Circuit Court Clerk
Christian County Judicial Center
Hopkinsville, Kentucky 42240

Hon. Charles G. Franklin
Franklin, Gordon & Hobgood
24 Court Street
P.O. Box 547
Madisonville, Kentucky 42431

Willard B. Paxton

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
DIVISION II
HOPKINSVILLE, KENTUCKY 42240
CIVIL ACTION NO.: 08-CI-00130

TERRY HOFFMAN, PLAINTIFF,

V

**DEFAULT JUDGMENT**

DAVOL, INC.,
C.R. BARD, INC.,
AND
JENNIE STUART MEDICAL CENTER, DEFENDANTS.

This action having come before the Court on Motion of the Plaintiff, TERRY HOFFMAN, for Default Judgment as against the Defendant, DAVOL, INC., and the Court having considered the Plaintiff's Motion and other pleadings of record, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED

1. That the Defendant, DAVOL, INC., has been duly summoned and has failed to answer or otherwise defend this action. Accordingly, Plaintiff's Motion for Default Judgment is GRANTED as to liability.

2. Plaintiff, TERRY HOFFMAN, shall be awarded a judgment for his damages upon further proof of the Plaintiff.

3. That a post judgment interest in the amount of 12% per annum from the entry of this Order until paid be awarded the Plaintiff in this matter.

4. That the Plaintiff is entitled to recover his costs for the filing of this action.

ENTERED this the ______ day of ________ ____, 2008.

HON. JOHN ATKINS, JUDGE
CHRISTIAN CIRCUIT COURT
DIVISION II

Prepared by:

Hon. Willard B. Paxton
P.O. Box 478
327 South Jefferson Street
Princeton, Kentucky 42445

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
DIVISION II
HOPKINSVILLE, KENTUCKY 42240
CIVIL ACTION NO.: 08-CI-00130

TERRY HOFFMAN PLAINTIFF

V **MOTION FOR DEFAULT JUDGMENT**

DAVOL, INC.,
C.R. BARD, INC.,
AND
JENNIE STUART MEDICAL CENTER, DEFENDANTS

Comes the Plaintiff, TERRY HOFFMAN, by Counsel, and pursuant to Civil Rule of Procedure 55.01, hereby respectfully moves this Court to enter the Default Judgment tendered herewith against the Defendant, C.R. BARD, INC. In support of his Motion, Plaintiff states as follows:

1. This action was filed on or about January 22, 2008.

2. On January 28, 2008, Defendant, C.R. BARD, INC., was served with a civil summons and a copy of the Complaint by the office of the Kentucky Secretary of State.

3. Return by the office of the Kentucky Secretary of State to the Circuit Court Clerk of Christian County, Kentucky was made on February 5, 2008.

3. More than twenty (20) days have elapsed since the date on which C.R. BARD, INC., was served with the Complaint in this action.

4. No answer, responsive pleading, defense or other papers have been served on Plaintiff's Counsel by C.R. BARD, INC.. or anyone acting on his behalf.

WHEREFORE, Plaintiff, TERRY HOFFMAN, respectfully request that this Court enter the Default Judgment against C.R. BARD, INC., tendered herewith.

Respectfully submitted,

Hon. Willard B. Paxton
Attorney for Plaintiff
P.O. Box 478
327 South Jefferson Street
Princeton, Kentucky 42445
270-365-6555
270-365-6644 – FAX

**NOTICE**

Please take notice the foregoing Motion for Default Judgment will be brought on for hearing before Hon. John Atkins, Christian Circuit Court Judge, Division II, at the Christian County Judicial Center, Hopkinsville, Kentucky, on Wednesday, April 16, 2008, beginning at 9:00 a.m. or as soon thereafter as Counsel can be heard.

**CERTIFICATE OF DEFAULT**

The undersigned hereby certifies that as counsel for the Plaintiff no defensive pleadings or other papers have been served upon him in behalf of the Defendant, C.R. BARD, INC., and that the Defendant, C.R. BARD, INC., is in default.

Willard B. Paxton
Attorney for Terry Hoffman

STATE OF KENTUCKY

COUNTY OF CALDWELL

Subscribed and sworn to me by WILLARD B. PAXTON, this the 4th day of April, 2007.

My commission expires: 4-29-10

Notary Public

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing Motion for Default Judgment was served, U.S. mail, postage pre-paid, this the 4 day of April, 2008, to the following:

(Original)
Christian Circuit Court Clerk
Christian County Judicial Center
Hopkinsville, Kentucky 42240

Hon. Charles G. Franklin
Franklin, Gordon & Hobgood
24 Court Street
P.O. Box 547
Madisonville, Kentucky 42431

Willard B. Paxton

# Paxton Law Office

327 S. Jefferson Street, Post Office Box 478
Princeton, KY 42445
(270) 365-6555
Fax: (270) 365-6644

## FAX TRANSMISSION COVER SHEET

**Date:** **April 14, 2008**

**To:** **John F. Rogers**
**Baker, Donelson, Bearman, Caldwell & Berkowitz**

**From:** **Willard B. Paxton**

**Fax:** 1-615-726-0464

**Re:** **Terry Hoffman v Davol, et al**

**Sender:** Phyllis Flahardy, Paralegal

*YOU SHOULD RECEIVE 11 PAGE(S), INCLUDING THIS COVER SHEET. IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL Katrina Wyatt or Phyllis Flahardy (270)365-6555.*

***CONFIDENTIALITY STATEMENT***

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited.

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
DIVISION II
HOPKINSVILLE, KENTUCKY 42240
CIVIL ACTION NO.: 08-CI-00130

TERRY HOFFMAN PLAINTIFF

V

**MOTION FOR DEFAULT JUDGMENT**

DAVOL, INC.,
C.R. BARD, INC.,
AND
JENNIE STUART MEDICAL CENTER, DEFENDANTS

Comes the Plaintiff, TERRY HOFFMAN, by Counsel, and pursuant to Civil Rule of Procedure 55.01, hereby respectfully moves this Court to enter the Default Judgment tendered herewith against the Defendant, DAVOL, INC.. In support of his Motion, Plaintiff states as follows:

1. This action was filed on or about January 22, 2008.

2. On January 28, 2008, Defendant, DAVOL, INC., was served with a civil summons and a copy of the Complaint by the office of the Kentucky Secretary of State.

3. Return by the office of the Kentucky Secretary of State to the Circuit Court Clerk of Christian County, Kentucky was made on February 8, 2008.

3. More than twenty (20) days have elapsed since the date on which DAVOL, INC., was served with the Complaint in this action.

4. No answer, responsive pleading, defense or other papers have been served on Plaintiff's Counsel by DAVOL, INC., or anyone acting on his behalf.

WHEREFORE, Plaintiff, TERRY HOFFMAN, respectfully request that this Court enter the Default Judgment against DAVOL, INC., tendered herewith.

Respectfully submitted.

Hon. Willard B. Paxton
Attorney for Plaintiff
P.O. Box 478
327 South Jefferson Street
Princeton, Kentucky 42445
270-365-6555
270-365-6644 – FAX

## NOTICE

Please take notice the foregoing Motion for Default Judgment will be brought on for hearing before Hon. John Atkins, Christian Circuit Court Judge, Division II. at the Christian County Judicial Center, Hopkinsville, Kentucky, on Wednesday April 16, 2008. beginning at 9:00 a.m. or as soon thereafter as Counsel can be heard.

## CERTIFICATE OF DEFAULT

The undersigned hereby certifies that as counsel for the Plaintiff no defensive pleadings or other papers have been served upon him in behalf of the Defendant. DAVOL, INC., and that the Defendant, DAVOL, INC., is in default.

Willard B. Paxton
Attorney for Terry Hoffman

STATE OF KENTUCKY

COUNTY OF CALDWELL

Subscribed and sworn to me by WILLARD B. PAXTON, this the 4th day of April, 2007.

My commission expires: 4-29-10

Notary Public

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing Motion for Default Judgment was served, U.S. mail, postage pre-paid, this the 4/ day of April, 2008, to the following:

(Original)
Christian Circuit Court Clerk
Christian County Judicial Center
Hopkinsville, Kentucky 42240

Hon. Charles G. Franklin
Franklin, Gordon & Hobgood
24 Court Street
P.O. Box 547
Madisonville, Kentucky 42431

Willard B. Paxton

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
DIVISION II
HOPKINSVILLE, KENTUCKY 42240
CIVIL ACTION NO.: 08-CI-00130

TERRY HOFFMAN, PLAINTIFF,

V **DEFAULT JUDGMENT**

DAVOL, INC.,
C.R. BARD, INC.,
AND
JENNIE STUART MEDICAL CENTER, DEFENDANTS.

This action having come before the Court on Motion of the Plaintiff, TERRY HOFFMAN, for Default Judgment as against the Defendant, DAVOL, INC., and the Court having considered the Plaintiff's Motion and other pleadings of record, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED

1. That the Defendant, DAVOL, INC., has been duly summoned and has failed to answer or otherwise defend this action. Accordingly, Plaintiff's Motion for Default Judgment is GRANTED as to liability.

2. Plaintiff, TERRY HOFFMAN, shall be awarded a judgment for his damages upon further proof of the Plaintiff.

3. That a post judgment interest in the amount of 12% per annum from the entry of this Order until paid be awarded the Plaintiff in this matter.

4. That the Plaintiff is entitled to recover his costs for the filing of this action.

ENTERED this the ________ day of ______________, 2008.

HON. JOHN ATKINS, JUDGE
CHRISTIAN CIRCUIT COURT
DIVISION II

Prepared by:

Hon. Willard B. Paxton
P.O. Box 478
327 South Jefferson Street
Princeton, Kentucky 42445

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
DIVISION II
HOPKINSVILLE, KENTUCKY 42240
CIVIL ACTION NO.: 08-CI-00130

TERRY HOFFMAN PLAINTIFF

V **MOTION FOR DEFAULT JUDGMENT**

DAVOL, INC.,
C.R. BARD. INC.,
AND
JENNIE STUART MEDICAL CENTER, DEFENDANTS

Comes the Plaintiff, TERRY HOFFMAN, by Counsel, and pursuant to Civil Rule of Procedure 55.01, hereby respectfully moves this Court to enter the Default Judgment tendered herewith against the Defendant, C.R. BARD, INC. In support of his Motion, Plaintiff states as follows:

1. This action was filed on or about January 22, 2008.

2. On January 28, 2008, Defendant, C.R. BARD, INC., was served with a civil summons and a copy of the Complaint by the office of the Kentucky Secretary of State.

3. Return by the office of the Kentucky Secretary of State to the Circuit Court Clerk of Christian County, Kentucky was made on February 5, 2008.

3. More than twenty (20) days have elapsed since the date on which C.R. BARD, INC., was served with the Complaint in this action.

4. No answer, responsive pleading, defense or other papers have been served on Plaintiff's Counsel by C.R. BARD. INC., or anyone acting on his behalf.

WHEREFORE, Plaintiff, TERRY HOFFMAN, respectfully request that this Court enter the Default Judgment against C.R. BARD, INC., tendered herewith.

Respectfully submitted,

Hon. Willard B. Paxton
Attorney for Plaintiff
P.O. Box 478
327 South Jefferson Street
Princeton, Kentucky 42445
270-365-6555
270-365-6644 – FAX

**NOTICE**

Please take notice the foregoing Motion for Default Judgment will be brought on for hearing before Hon. John Atkins, Christian Circuit Court Judge, Division II, at the Christian County Judicial Center, Hopkinsville, Kentucky, on Wednesday, April 16, 2008, beginning at 9:00 a.m. or as soon thereafter as Counsel can be heard.

**CERTIFICATE OF DEFAULT**

The undersigned hereby certifies that as counsel for the Plaintiff no defensive pleadings or other papers have been served upon him in behalf of the Defendant, C.R. BARD, INC., and that the Defendant, C.R. BARD, INC., is in default.

Willard B. Paxton
Attorney for Terry Hoffman

STATE OF KENTUCKY

COUNTY OF CALDWELL

Subscribed and sworn to me by WILLARD B. PAXTON, this the 4th day of April, 2007.

My commission expires: 4-29-10

Notary Public

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing Motion for Default Judgment was served, U.S. mail, postage pre-paid, this the 4 day of April, 2008, to the following:

(Original)
Christian Circuit Court Clerk
Christian County Judicial Center
Hopkinsville, Kentucky 42240

Hon. Charles G. Franklin
Franklin, Gordon & Hobgood
24 Court Street
P.O. Box 547
Madisonville, Kentucky 42431

Willard B. Paxton

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
DIVISION II
HOPKINSVILLE, KENTUCKY 42240
CIVIL ACTION NO.: 08-CI-00130

TERRY HOFFMAN, PLAINTIFF,

V **DEFAULT JUDGMENT**

DAVOL, INC.,
C.R. BARD, INC.,
AND
JENNIE STUART MEDICAL CENTER, DEFENDANTS.

This action having come before the Court on Motion of the Plaintiff, TERRY HOFFMAN, for Default Judgment as against the Defendant, C.R. BARD, INC., and the Court having considered the Plaintiff's Motion and other pleadings of record, and being otherwise sufficiently advised;

IT IS HEREBY ORDERED

1. That the Defendant, C.R. BARD, INC., has been duly summoned and has failed to answer or otherwise defend this action. Accordingly, Plaintiff's Motion for Default Judgment is GRANTED as to liability.

2. Plaintiff, TERRY HOFFMAN, shall be awarded a judgment for his damages upon further proof of the Plaintiff.

3. That a post judgment interest in the amount of 12% per annum from the entry of this Order until paid be awarded the Plaintiff in this matter.

4. That the Plaintiff is entitled to recover his costs for the filing of this action.

ENTERED this the ___ _____ day of ____________, 2008.

HON. JOHN ATKINS, JUDGE
CHRISTIAN CIRCUIT COURT
DIVISION II

Prepared by:

Hon. Willard B. Paxton
P.O. Box 478
327 South Jefferson Street
Princeton, Kentucky 42445