COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
HOPKINSVILLE, KENTUCKY
CIVIL ACTION NO. 08-CI-00130
DIVISION II

TERRY HOFFMAN PLAINTIFF

VS.

DAVOL, INC.; C. R. BARD, INC.; and
JENNIE STUART MEDICAL CENTER DEFENDANTS

**AFFIDAVIT OF TOM BREWER**

* * * * * * * * *

Comes the affiant, Tom Brewer, and after being first duly sworn, deposes and states as follows:

1) I am employed at Jennie Stuart Medical Center as Director of Materials Management.

2) I have researched and reviewed the recall notices received by Jennie Stuart Medical Center from Davol / CR Bard for the Composix Kugel Patch.

3) The records reflect that Jennie Stuart Medical Center's received three recall notices from Davol / CR Bard: December, 2005; March, 2006; and January, 2007. Copies of these recall notices are attached as Exhibits to this affidavit.

4) The Davol / CR Bard Composix Kugel Patch utilized in Terry Hoffman's surgical procedure on September 7, 2006, was a 5.4" x 7.0" oval, with a product code 00010202, and Lot # 43EPD553.

5) The recall notice in December, 2005, was for product codes 0010206, 0010207, and 0010208.

6) The recall notice in March of 2006 included product code 0010202; however, lot # 43EPD553 was **not** included in the recall.

7) The particular patch utilized in Mr. Hoffman's surgery was a part of the recall notice of January, 2007, as product codes 0010202, and lot numbers beginning with "43EPD" were recalled as a part of that notice. Lot numbers beginning with "43EPD" were **not** a part of the previous recall notices of December, 2005 or March, 2006.

8) The recall of the product code and lot number for the particular patch used in Mr. Hoffman's surgery occurred approximately four months after his surgery.

This the 22 day of May, 2008.

Tom Brewer

Tom Brewer

STATE OF Kentucky )
)
COUNTY OF Christian )

Subscribed and sworn to before me by Tom Brewer, on this the

22nd day of May, 2008.

Melissa J. Luttrell
NOTARY PUBLIC
My commission expires: June 19, 2010

Forwarded to Surgery for review. Product identified and returned to Davol for credit.

# URGENT PRODUCT RECALL

**Bard® Composix® Kugel® Mesh X-Large Patch**
**Codes: 0010206, 0010207, 0010208**

December 28, 2005

Dear Distributor:(Hospital Administrator, Materials Manager, O.R. Manager, Surgeon)

Davol Inc., a subsidiary of C.R. Bard Inc., is voluntarily recalling the Extra Large sizes of its Bard Composix Kugel Patch intended for ventral hernia repair, product codes 0010206, 0010207 and 0010208. This recall is being conducted because we have received complaint reports of the PET recoil ring breaking which could potentially lead to bowel perforation and/or chronic enteric fistulas. We have identified a rate increase of recoil ring breaks since the introduction of these product codes in 2002. We estimate the frequency of these reported events to be in the range of 0.08%.

*How to identify the item number:*
The item number is clearly stamped on the outside carton, as well as the inner package.

**Action to be taken:**

- **Immediately discontinue use of these specific product codes**
- **Inventory your supplies for these specific product codes**
- **Please see the attached instructions for handling the recalled product**

<u>Please note this is a product code and lot number specific recall.</u> Only product codes and lot numbers listed are affected. No other product codes or lot numbers are included in this recall. You will be credited for the amount of product returned.

**NOTE: Lot numbers being recalled: 43X<u>M</u>XXXX – M = 2002, 43X<u>N</u>XXXX – N = 2003, 43X<u>O</u>XXXX – O = 2004, 43X<u>P</u>XXXX – P = 2005. If the lot number does not contain either M, N, O or P as the 4th character the lot is not affected by this recall.**

Please be advised that the appropriate regulatory agencies, including the U.S. Food and Drug Administration have been advised of this voluntary recall.

We apologize for any inconvenience this may cause. Should you have any questions concerning this recall, please contact Charles Lema, Manager Customer Quality at 1-800-556-6756, extension 2335.

Sincerely,

Leonard A. DiLorenzo
Vice President, Quality Assurance

Item# 18025

# JSMC SPECIAL PURCHASE REQUISITION

☐ One Time Order

☐ Recurring Order / Add to Online Ordering

Purchase Order #: S999-7

Only one form per vendor

!!!!!! Allow 3 days for processing !!!!!!

| Date | Requesting Dept | Account # | Department Contact & Phone | Recommended Vendor & Sales Contact | Phone |
|---|---|---|---|---|---|
| 1/4/06 | 7020 | | Dave 1175 | Davol Inc | |
| | | | | Address: | City - State - Zip: |

Please complete each block below; attach any available product literature

| Complete Item Description | Vendor's Cat # | Qty | Unit Size | Price | Needed By | Charge # | For Materials Mgt Use Only |
|---|---|---|---|---|---|---|---|
| Composix Kugel patch Lot # 43EPD486 | 0010208 | 1 | (EACH) BOX PKG | | | | JSMC Item # / Actual Cost / GL Number / Est Delivery Date |
| Composix Kugel Patch Lot # 43EPD546 | 0010206 | 1 | (EACH) BOX PKG | | | | JSMC Item # / Actual Cost / GL Number / Est Delivery Date |
| Product Recall Please return for Credit | | | EACH BOX PKG | | | | JSMC Item # / Actual Cost / GL Number / Est Delivery Date |
| Davol | | | EACH BOX PKG | | | | JSMC Item # / Actual Cost / GL Number / Est Delivery Date |
| 100 Sockanosset Crossroad Cranston, RI 02920 | | | EACH BOX PKG | | | | JSMC Item # / Actual Cost / GL Number / Est Delivery Date |

Remarks: 854518053715 Fed Ex

| Department Director/Manager Approval | Date |
|---|---|
| [signature] | 1/4/06 |

| Received In Materials Mgt By | Date |
|---|---|
| C. Matkinia | 1/4/05 |

Vendor Identification Number:

JSMC-20

DAVOL

**IMPORTANT PATIENT MANAGEMENT INFORMATION:**
**Bard® Composix® Kugel Extra Large and**
**Large Sized Patch Class I Recall**

**Product Code: 0010202, Bard® Composix® Kugel Large Oval, 5.4" x 7.0"**
**Product Code: 0010204, Bard® Composix® Kugel Large Circle, 4.5"**
**Product Code: 0010206, Bard® Composix® Kugel Extra Large Oval 8.7" x 10.7"**
**Product Code: 0010207, Bard® Composix® Kugel Extra Large Oval 10.8" x 13.7"**
**Product Code: 0010208, Bard® Composix® Kugel Extra Large Oval 7.7" x 9.7"**
**Product Code: 0010209, Bard® Composix® Kugel Oval, 6.3" x 12.3"**

March 24, 2006

Dear Chief of Surgery:

This letter is intended to inform you of the voluntary recall of Bard® Composix® Kugel Extra Large and Large Sized Patches. **Immediately discontinue use of the specific product codes and lot numbers listed below. Additionally, please immediately distribute copies of this Important Patient Management Information to clinicians who may have implanted, or who may be managing, patients already implanted with one of these products under voluntary recall.** This information supplements information contained in the recall letters issued by Davol, a subsidiary of C. R. Bard, Inc. in December 2005 and January 2006 for the Extra Large Patches and March 2006 for the Large Patches.

Additionally, updated product Instructions For Use ("IFU") are included with this letter for those products not subject to this recall. These updated IFUs document the appropriate folding technique to be used for both Open Placement and Laparoscopic Placement for the Large Kugel Patches. Additional copies of these IFUs are available from Davol Customer Service by calling 1-800-531-4124.

SUMMARY OF THE PRODUCT RECALL COMMUNICATIONS:
Recall of our Extra Large and Large sized Bard® Composix® Kugel Patches is being conducted because we have identified the potential for PET recoil ring breakage which could potentially lead to patient complications such as abdominal pain, bowel perforation or chronic enteric fistulas. The following products and lot numbers are being recalled:

| Product Code | Description | Lot Numbers Recalled |
|---|---|---|
| 0010202† | Bard® Composix® Kugel Large Oval 5.4" x 7" | 41*L****, 41*M****, 41*N**** 43*L****, 43*M****, 43*N**** |
| 0010204† | Bard® Composix® Kugel Large Circle 4.5" | 41*L****, 41*M****, 41*N**** 43*L****, 43*M****, 43*N**** |
| 0010206 | Bard® Composix® Kugel Extra Large Oval 8.7" x 10.7" | All Lot Numbers |
| 0010207 | Bard® Composix® Kugel Extra Large Oval 10.8" x 13.7" | All Lot Numbers |

| | | |
|---|---|---|
| 0010208 | Bard® Composix® Kugel Extra Large Oval 7.7" x 9.7" | All Lot Numbers |
| 0010209 | Bard® Composix® Kugel Oval 6.3" x 12.3" | All Lot Numbers |

†Note: All 0010202 and 0010204 - product lots, with an "L", "M", or "N" in the fourth position are being recalled. The asterisk indicates a placeholder and any and all characters in these positions are subject to the recall.

**RECOMMENDATIONS:**

We realize that each of your patients is unique and we support your clinical judgment in caring for them. Based on our review of reports received to date and the low incidence of patient injury observed to date, Davol believes that the great majority of patients who received either an Extra Large or Large Sized Bard® Composix® Kugel device subject to recall will be asymptomatic with the device functioning as intended. In such cases the risk of leaving the device in place may be less than the risk posed by removing it.

To further assist physicians in their patient care, Davol offers the following recommendations applicable to patients who have been implanted with one of the recalled devices:

- Identify: patients who have been implanted with one of the recalled devices;
- Communicate: advise patients of this recall and direct them to seek attention immediately if they experience symptoms that could be associated with ring breakage such as unexplained or persistent abdominal pain, fever, tenderness at the implant site or other unusual symptoms;
- Examine: symptomatic patients for conditions that could be associated with recoil ring breakage, including bowel obstruction, perforation or fistula, abdominal wall pain or infection, palpable abdominal wall mass, migration or movement of the ring to the abdominal wall, perineum or intra-abdominal organs;
- Evaluate: your patient's condition based on clinical signs and symptoms and using your clinical judgment. Please note that in some cases clinicians have reportedly intervened surgically to remove a broken ring without removing the adherent patch with good success. However, in more serious cases such as bowel obstruction or perforation or serious abdominal wall infection, you may wish to consider removing the entire patch; and
- Report: please report any problems that you encounter with this or any other Davol product to our Customer Quality Assurance Department at 1-800-556-6756 extension 2438.

**OBSERVED RATE OF OCCURRENCE AND CLINICAL IMPLICATIONS:**

Product Codes 0010206, 0010207 & 0010208 Bard® Composix® Kugel Extra Large Oval Patches: Through March 10, 2006, a total of 31 ring breaks were reported to us from the approximately 29,000 extra large size units distributed (approximately 0.109%). Of the 31 ring breaks reported, 20 involved patient injury, including,

- 11 cases where the broken ring migrated into or through the patient's abdominal wall, with associated infection in 2 cases;
- 1 case where the ring reportedly migrated into the vagina;
- 7 cases of bowel perforation reported in association with a broken ring;
- 1 case of bowel obstruction, which was repaired without removal of the mesh (causality to the broken ring has not been clearly established in this case);

Jan 10, 2007

## URGENT PRODUCT RECALL/MARKET WITHDRAWAL
**Acknowledgement & Stock Status Return Form**

DAVOL

**Product Code: 0010202, Bard® Composix® Kugel Large Oval, 5.4" x 7.0"**
**Product Code: 0010204, Bard® Composix® Kugel Large Circle, 4.5"**

[1]This recall notice is an expansion to the March, 2006 Davol Class I recall of the Bard® Composix® Kugel® Product Codes 0010202 and 0010204.

**Recalled Product:**

- Immediately quarantine and discontinue use of the specific lots of these product codes.
- Inventory your supplies using this form.
- Return all effected product lots:

**Required: ➢ Contact Davol Customer Service Department 1-800-531-4124 for RGA#** RMA 24785

- ➢ Mark the RGA# on the outside of the return box.
- ➢ Fax a copy of this form to Davol Field Assurance at 1-401-215-2047
- ➢ Return this form with any returned products.
- ➢ Return any and all effected products using FedEx Account Number 1832-7070-2

- **In the event that you have no lots of this product to return:**
  - ➢ Please check the box below indicating there are no product lots to return. †
  - ➢ Sign and fax a copy of this form to Davol Field Assurance at 1-401-215-2047.
  - ➢ Return this form to Davol Field Assurance using the envelope provided.
- All affected lots contain the first 5 characters as listed below:
  (See reverse side for illustration.)

| 0010202 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43AOD | |
| † | 43BOD | |
| † | 43COD | |
| † | 43DOD | |
| † | 43EOD | |
| † | 43FOD | |
| † | 43GOD | |
| † | 43HOD | |
| † | 43IOD | |
| † | 43JOD | |
| † | 43KOD | |

| 0010202 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43LOD | |
| † | 43APD | |
| † | 43BPD | |
| † | 43CPD | |
| † | 43DPD | |
| ✓ | 43EPD | 2ea |
| † | 43FPD | |
| † | 43GPD | |
| † | 43HPD | |
| † | 43IPD | |

| 0010204 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43AOD | |
| † | 43BOD | |
| † | 43COD | |
| † | 43DOD | |
| † | 43EOD | |
| † | 43FOD | |
| † | 43GOD | |
| † | 43HOD | |
| † | 43IOD | |
| † | 43JOD | |
| † | 43KOD | |

| 0010204 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43LOD | |
| † | 43APD | |
| † | 43BPD | |
| † | 43CPD | |
| † | 43DPD | |
| † | 43EPD | |
| † | 43FPD | |
| † | 43GPD | |
| † | 43HPD | |
| † | 43IPD | |

Market Withdrawal:

- Davol is recommending replacement to the newly designed 0010202 and 0010204 product codes for those products manufactured outside the scope of the recall.

| 0010202 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43JPD | |
| † | 43KPD | |
| † | 43LPD | |
| † | 43AQD | |
| † | 43BQD | |
| † | 43CQD | |

| 0010202 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43DQD | |
| † | 43EQD | |
| ✓ | 43FQD | 3ea |
| † | 43GQD | |
| † | 43HQD | |
| † | 43IQD* | |

| 0010204 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43JPD | |
| † | 43KPD | |
| † | 43LPD | |
| † | 43AQD | |
| † | 43BQD | |
| † | 43CQD | |

| 0010204 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| ✓ | 43DQD | 2 ea |
| † | 43EQD | |
| ✓ | 43FQD | 1 ea |
| † | 43GQD | |
| † | 43HQD | |
| † | 43IQD* | |

***Redesigned products will be clearly indicated with the following label:**
**Any product with this redesigned label is not part of this Market Withdrawal.**




†

✓ I have the above inventory to return
_____ I have NO affected lots of these product codes

Please provide email address: dalehutchison@jsmc.org

Dale Hutchison 1-22-07
Sign and Date

DALE Hutchison OR Materials Mgr
Print Name and Title

**Return affected product with this acknowledgement stock status form to:**
**Davol Inc.**
**Attn: Dan Daily**
**100 Sockanossett Crossroad**
**Cranston, Rhode Island 02920**
**Phone: 401-215-2438**

Jennie Stuart Medical Center
320 W 18th St
Hopkinsville, KY 42240-1965
11077978
Or Manager

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
HOPKINSVILLE, KENTUCKY
CIVIL ACTION NO. 08-CI-00130
DIVISION II

TERRY HOFFMAN PLAINTIFF

VS.

DAVOL, INC.; C. R. BARD, INC.; and
JENNIE STUART MEDICAL CENTER DEFENDANTS

**AFFIDAVIT OF DALE HUTCHISON**

* * * * * * * * *

Comes the affiant, Dale Hutchison, and after being first duly sworn, deposes and states as follows:

1) I am employed at Jennie Stuart Medical Center as Surgery Materials Manager.

2) In my position as Surgery Materials Manager, recall notices for materials used in surgical procedures come to my attention.

3) Jennie Stuart Medical Center received three recall notices from Davol / CR Bard regarding the Composix Kugel Patch: December, 2005; March, 2006; and January, 2007. Copies of these recall notices are attached as Exhibits to this affidavit.

4) The Davol / CR Bard Composix Kugel Patch utilized in Terry Hoffman's surgical procedure on September 7, 2006, was a 5.4" x 7.0" oval, with a product code 00010202, and Lot # 43EPD553.

5) The recall notice in December, 2005, was for different product codes: 0010206, 0010207, and 0010208.

6) The recall notice in March of 2006 included product code 0010202; however, lot # 43EPD553 was **not** included in the recall.

7) The particular patch utilized in Mr. Hoffman's surgery was a part of the recall notice of January, 2007, as product codes 0010202, and lot numbers beginning with "43EPD" were recalled as a part of that notice. Lot numbers beginning with "43EPD" were **not** a part of the previous recall notices of December, 2005 or March, 2006.

8) The recall of the product code and lot number for the particular patch used in Mr. Hoffman's surgery occurred approximately four months after his surgery.

This the 22 day of May, 2008.

Dale Hutchison
Dale Hutchison

STATE OF Kentucky )
)
COUNTY OF Christian)

Subscribed and sworn to before me by Dale Hutchison, on this the

22nd day of May, 2008.

Melissa J. Luttrell
NOTARY PUBLIC
My commission expires: June 19, 2010

Forwarded to Surgery for review. Product identified and returned to Davol for credit.

# URGENT PRODUCT RECALL

**Bard® Composix® Kugel® Mesh X-Large Patch**
**Codes: 0010206, 0010207, 0010208**

December 28, 2005

Dear Distributor:(Hospital Administrator, Materials Manager, O.R. Manager, Surgeon)

Davol Inc., a subsidiary of C.R. Bard Inc., is voluntarily recalling the Extra Large sizes of its Bard Composix Kugel Patch intended for ventral hernia repair, product codes 0010206, 0010207 and 0010208. This recall is being conducted because we have received complaint reports of the PET recoil ring breaking which could potentially lead to bowel perforation and/or chronic enteric fistulas. We have identified a rate increase of recoil ring breaks since the introduction of these product codes in 2002. We estimate the frequency of these reported events to be in the range of 0.08%.

*How to identify the item number:*
The item number is clearly stamped on the outside carton, as well as the inner package.

**Action to be taken:**

- **Immediately discontinue use of these specific product codes**
- **Inventory your supplies for these specific product codes**
- **Please see the attached instructions for handling the recalled product**

Please note this is a product code and lot number specific recall. Only product codes and lot numbers listed are affected. No other product codes or lot numbers are included in this recall. You will be credited for the amount of product returned.

**NOTE: Lot numbers being recalled: 43XMXXXX – M = 2002, 43XNXXXX – N = 2003, 43XOXXXX – O = 2004, 43XPXXXX – P = 2005. If the lot number does not contain either M, N, O or P as the 4th character the lot is not affected by this recall.**

Please be advised that the appropriate regulatory agencies, including the U.S. Food and Drug Administration have been advised of this voluntary recall.

We apologize for any inconvenience this may cause. Should you have any questions concerning this recall, please contact Charles Lema, Manager Customer Quality at 1-800-556-6756, extension 2335.

Sincerely,

Leonard A. DiLorenzo
Vice President, Quality Assurance

[illegible]# 18025

# JSMC SPECIAL PURCHASE REQUISITION

☐ One Time Order

☐ Recurring Order / Add to Online Ordering

Purchase Order #: S9997

Only one form per vendor

!!!!!! Allow 3 days for processing !!!!!!

| Date | Requesting Dept | Account # | Department Contact & Phone | Recommended Vendor & Sales Contact | Phone |
|---|---|---|---|---|---|
| 1/4/06 | 1020 | | Dave 1175 | Davol Inc | |
| | | | | Address | City, State, Zip |
| | | | | | |

Please complete each block below; attach any available product literature

| Complete Item Description | Vendor's Cat # | Qty | Issue Size | Price | Needed By | Charge # | For Materials Mgt Use Only |
|---|---|---|---|---|---|---|---|
| Composix Kugel patch Lot # 43EPD486 | 0010208 | 1 | (EACH) BOX PKG | | | | JSMC Item # / Actual Cost / GL Number / Est Delivery Date |
| Composix Kugel Patch Lot # 43EPD546 | 0010206 | 1 | (EACH) BOX PKG | | | | JSMC Item # / Actual Cost / GL Number / Est Delivery Date |
| Product Recall please return | | | EACH BOX PKG | | | | JSMC Item # / Actual Cost / GL Number / Est Delivery Date |
| for Credit Davol | | | EACH BOX PKG | | | | JSMC Item # / Actual Cost / GL Number / Est Delivery Date |
| 100 Sockanosset Cross Rd Cranston, RI 02920 | | | EACH BOX PKG | | | | JSMC Item # / Actual Cost / GL Number / Est Delivery Date |

Remarks: 8545 1805 7115 Fed Ex

| Department Director/Manager Approval | Date |
|---|---|
| [illegible] | 1/4/06 |

| Received In Materials Mgt By | Date |
|---|---|
| C. [illegible] | 1/4/05 |

Vendor Identification Number:

JSMC-20

DAVOL

**IMPORTANT PATIENT MANAGEMENT INFORMATION:**
**Bard® Composix® Kugel Extra Large and**
**Large Sized Patch Class I Recall**

**Product Code: 0010202, Bard® Composix® Kugel Large Oval, 5.4" x 7.0"**
**Product Code: 0010204, Bard® Composix® Kugel Large Circle, 4.5"**
**Product Code: 0010206, Bard® Composix® Kugel Extra Large Oval 8.7" x 10.7"**
**Product Code: 0010207, Bard® Composix® Kugel Extra Large Oval 10.8" x 13.7"**
**Product Code: 0010208, Bard® Composix® Kugel Extra Large Oval 7.7" x 9.7"**
**Product Code: 0010209, Bard® Composix® Kugel Oval, 6.3" x 12.3"**

March 24, 2006

Dear Chief of Surgery:

This letter is intended to inform you of the voluntary recall of Bard® Composix® Kugel Extra Large and Large Sized Patches. **Immediately discontinue use of the specific product codes and lot numbers listed below. Additionally, please immediately distribute copies of this important Patient Management Information to clinicians who may have implanted, or who may be managing, patients already implanted with one of these products under voluntary recall.** This information supplements information contained in the recall letters issued by Davol, a subsidiary of C. R. Bard, Inc. in December 2005 and January 2006 for the Extra Large Patches and March 2006 for the Large Patches.

Additionally, updated product Instructions For Use ("IFU") are included with this letter for those products not subject to this recall. These updated IFUs document the appropriate folding technique to be used for both Open Placement and Laparoscopic Placement for the Large Kugel Patches. Additional copies of these IFUs are available from Davol Customer Service by calling 1-800-531-4124.

<u>SUMMARY OF THE PRODUCT RECALL COMMUNICATIONS:</u>
Recall of our Extra Large and Large sized Bard® Composix® Kugel Patches is being conducted because we have identified the potential for PET recoil ring breakage which could potentially lead to patient complications such as abdominal pain, bowel perforation or chronic enteric fistulas. The following products and lot numbers are being recalled:

| Product Code | Description | Lot Numbers Recalled |
|---|---|---|
| 0010202[†] | Bard® Composix® Kugel Large Oval 5.4" x 7" | 41*L****, 41*M****, 41*N**** 43*L****, 43*M****, 43*N**** No |
| 0010204[†] | Bard® Composix® Kugel Large Circle 4.5" | 41*L****, 41*M****, 41*N**** 43*L****, 43*M****, 43*N**** No |
| 0010206 | Bard® Composix® Kugel Extra Large Oval 8.7" x 10.7" | All Lot Numbers No |
| 0010207 | Bard® Composix® Kugel Extra Large Oval 10.8" x 13.7" | All Lot Numbers No |

| | | |
|---|---|---|
| 0010208 | Bard® Composix® Kugel Extra Large Oval 7.7" x 9.7" | All Lot Numbers 7Lo |
| 0010209 | Bard® Composix® Kugel Oval 6.3" x 12.3" | All Lot Numbers 7Lo |

*Note: All 0010202 and 0010204 - product lots, with an "L", "M", or "N" in the fourth position are being recalled. The asterisk indicates a placeholder and any and all characters in these positions are subject to the recall.

**RECOMMENDATIONS:**

We realize that each of your patients is unique and we support your clinical judgment in caring for them. Based on our review of reports received to date and the low incidence of patient injury observed to date, Davol believes that the great majority of patients who received either an Extra Large or Large Sized Bard® Composix® Kugel device subject to recall will be asymptomatic with the device functioning as intended. In such cases the risk of leaving the device in place may be less than the risk posed by removing it.

To further assist physicians in their patient care, Davol offers the following recommendations applicable to patients who have been implanted with one of the recalled devices:

- Identify: patients who have been implanted with one of the recalled devices;
- Communicate: advise patients of this recall and direct them to seek attention immediately if they experience symptoms that could be associated with ring breakage such as unexplained or persistent abdominal pain, fever, tenderness at the implant site or other unusual symptoms;
- Examine: symptomatic patients for conditions that could be associated with recoil ring breakage, including bowel obstruction, perforation or fistula, abdominal wall pain or infection, palpable abdominal wall mass, migration or movement of the ring to the abdominal wall, perineum or intra-abdominal organs;
- Evaluate: your patient's condition based on clinical signs and symptoms and using your clinical judgment. Please note that in some cases clinicians have reportedly intervened surgically to remove a broken ring without removing the adherent patch with good success. However, in more serious cases such as bowel obstruction or perforation or serious abdominal wall infection, you may wish to consider removing the entire patch; and
- Report: please report any problems that you encounter with this or any other Davol product to our Customer Quality Assurance Department at 1-800-556-6756 extension 2438.

**OBSERVED RATE OF OCCURRENCE AND CLINICAL IMPLICATIONS:**

Product Codes 0010206, 0010207 & 0010208 Bard® Composix® Kugel Extra Large Oval Patches: Through March 10, 2006, a total of 31 ring breaks were reported to us from the approximately 29,000 extra large size units distributed (approximately 0.109%). Of the 31 ring breaks reported, 20 involved patient injury, including,

- 11 cases where the broken ring migrated into or through the patient's abdominal wall, with associated infection in 2 cases;
- 1 case where the ring reportedly migrated into the vagina;
- 7 cases of bowel perforation reported in association with a broken ring;
- 1 case of bowel obstruction, which was repaired without removal of the mesh (causality to the broken ring has not been clearly established in this case);

- 1 reported death where the patient reportedly developed septic shock, consumptive coagulopathy and acute myocardial infarction after surgery to repair small and large bowel fistulas reportedly caused by perforation by the broken ring.

Product Code 0010202, Bard® Composix® Kugel Large Oval Patch: A total of 3 ring breaks have been reported to us from the approximately 24,000 units distributed between 2001 and 2003, for a reported occurrence rate of 0.0125%. Of those three reports, 1 involved patient injury (abdominal wall pain requiring explant of the recoil ring but not the patch) for a reported occurrence rate of 0.0041%.

Product Code 0010209, Bard® Composix® Kugel Oval Patch & Product Code 0010204, Bard® Composix® Kugel Large Circle: No reports of ring breakage have been reported in approximately 22,000 Large Circle patches or approximately 3,000 of the Oval patches. However, because of the similarity to the other products under recall, this product is being recalled as a precaution.

If you experience a ring break please return the product to Davol for a complete evaluation. To return the product call Davol Customer Service at 1-800-531-4124 to receive instructions on how to return the product.

Davol recognizes the impact of any product performance communication on both you and your patients and we sincerely regret the difficulties this recall may cause you and your patients. If you have any questions regarding this patient management communication, please contact Bard's Medical Services and Support Department at 1-800-562-0027. If you are a clinician who would like to speak with the Bard Medical Director please contact me at 1-908-277-8306.

Any adverse reactions or quality problems experienced with use of these products should be reported to the FDA MedWatch Program by phone at 1-800-FDA-1088, by fax at 1-800-FDA-0178, by mail to MedWatch, HF-2, FDA, 5600 Fishers Lane, Rockville, Md. 20852-9787, or on the MedWatch web site at www.fda.gov/medwatch.

Sincerely,

David Clavarella

David Clavarella, M.D.
Staff Vice President, Corporate Clinical Affairs

Jan 10, 2007

# URGENT PRODUCT RECALL/MARKET WITHDRAWAL

**Acknowledgement & Stock Status Return Form**

DAVOL

**Product Code: 0010202, Bard® Composix® Kugel Large Oval, 5.4" x 7.0"**
**Product Code: 0010204, Bard® Composix® Kugel Large Circle, 4.5"**

[1] This recall notice is an expansion to the March, 2006 Davol Class I recall of the Bard® Composix® Kugel® Product Codes 0010202 and 0010204.

**Recalled Product:**

- Immediately quarantine and discontinue use of the specific lots of these product codes.
- Inventory your supplies using this form.
- Return all effected product lots:

Required: ➢ **Contact Davol Customer Service Department 1-800-531-4124 for RGA#** RMA 24785

- ➢ Mark the RGA# on the outside of the return box.
- ➢ Fax a copy of this form to Davol Field Assurance at 1-401-215-2047
- ➢ Return this form with any returned products.
- ➢ Return any and all effected products using FedEx Account Number 1832-7070-2

- **In the event that you have no lots of this product to return:**
  - ➢ Please check the box below indicating there are no product lots to return. †
  - ➢ Sign and fax a copy of this form to Davol Field Assurance at 1-401-215-2047.
  - ➢ Return this form to Davol Field Assurance using the envelope provided.
- All affected lots contain the first 5 characters as listed below:
  (See reverse side for illustration.)

| 0010202 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43AOD | |
| † | 43BOD | |
| † | 43COD | |
| † | 43DOD | |
| † | 43EOD | |
| † | 43FOD | |
| † | 43GOD | |
| † | 43HOD | |
| † | 43IOD | |
| † | 43JOD | |
| † | 43KOD | |

| 0010202 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43LOD | |
| † | 43APD | |
| † | 43BPD | |
| † | 43CPD | |
| † | 43DPD | |
| ✓ | 43EPD | 2 ea |
| † | 43FPD | |
| † | 43GPD | |
| † | 43HPD | |
| † | 43IPD | |

| 0010204 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43AOD | |
| † | 43BOD | |
| † | 43COD | |
| † | 43DOD | |
| † | 43EOD | |
| † | 43FOD | |
| † | 43GOD | |
| † | 43HOD | |
| † | 43IOD | |
| † | 43JOD | |
| † | 43KOD | |

| 0010204 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43LOD | |
| † | 43APD | |
| † | 43BPD | |
| † | 43CPD | |
| † | 43DPD | |
| † | 43EPD | |
| † | 43FPD | |
| † | 43GPD | |
| † | 43HPD | |
| † | 43IPD | |

Market Withdrawal:

➢ Davol is recommending replacement to the newly designed 0010202 and 0010204 product codes for those products manufactured outside the scope of the recall.

| 0010202 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43JPD | |
| † | 43KPD | |
| † | 43LPD | |
| † | 43AQD | |
| † | 43BQD | |
| † | 43CQD | |

| 0010202 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43DQD | |
| † | 43EQD | |
| ✓ | 43FQD | 3ea |
| † | 43GQD | |
| † | 43HQD | |
| † | 43IQD* | |

| 0010204 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| † | 43JPD | |
| † | 43KPD | |
| † | 43LPD | |
| † | 43AQD | |
| † | 43BQD | |
| † | 43CQD | |

| 0010204 | | |
|---|---|---|
| ✓ | LOT# | QTY |
| ✓ | 43DQD | 2 ea |
| † | 43EQD | |
| ✓ | 43FQD | 1 ea |
| † | 43GQD | |
| † | 43HQD | |
| † | 43IQD* | |

*Redesigned products will be clearly indicated with the following label:
Any product with this redesigned label is not part of this Market Withdrawal.




†

✓ I have the above inventory to return
______ I have NO affected lots of these product codes

Please provide email address: dalehutchison@jsmc.org

Dale Hutchison 1-22-07
Sign and Date

DALE HUTCHISON OR MATERIAL MGR
Print Name and Title

**Return affected product with this acknowledgement stock status form to:**
**Davol Inc.**
**Attn: Dan Dally**
**100 Sockanossett Crossroad**
**Cranston, Rhode Island 02920**
**Phone: 401-215-2438**

Jennie Stuart Medical Center
320 W 18th St
Hopkinsville, KY 42240-1965
11077978
Or Manager