COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
HOPKINSVILLE, KENTUCKY
CIVIL ACTION NO.: 08-CI-00130
DIVISION II

TERRY HOFFMAN PLAINTIFF

V

**RESPONSE TO JENNIE STUART MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT**

DAVOL, INC.;
C.R. BARD, INC.; and
JENNIE STUART MEDICAL CENTER DEFENDANT

Comes now the Plaintiff, TERRY HOFFMAN, by Counsel, and for his Response to Defendant's Motion for Summary Judgment states that there is a genuine issue of material fact to be decided by a jury as evidenced by the Affidavit of Terry Hoffman attached hereto.

Respectfully submitted,

Willard B. Paxton
P.O. Box 478
327 South Jefferson Street
Princeton, Kentucky 42445
270-365-6555
270-365-6644 – FAX

**NOTICE**

Please take Notice that the foregoing Response to Jennie Stuart's Motion for Summary Judgment will be brought on for hearing before Hon. John L. Atkins, Judge, Christian Circuit Court, Division II, at the Christian County Justice Center, 100 Justice Way, Hopkinsville, Kentucky, on Wednesday, June 25, 2008, beginning at 11:00 a.m. or as soon thereafter as Counsel may be heard.

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing Response was served, U.S. mail, postage pre-paid, this the 18 day of June, 2008, to the following:

(Original)
Christian County Circuit Court Clerk
Christian County Justice Center
100 Justice Way
Hopkinsville, Kentucky 42420

Charles G. Franklin
Franklin, Gordon & Hobgood
24 Court Street
P.O. Box 547
Madisonville, Kentucky 42431

Daniel Thomas
Thomas & Arvin
P.O. Box 675
1209 S. Virginia St,
Hopkinsville, KY 42445

Willard B. Paxton

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
HOPKINSVILLE, KENTUCKY
CIVIL ACTION NO.: 08-CI-00130
DIVISION II

TERRY HOFFMAN PLAINTIFF

V **AFFIDAVIT**

DAVOL, INC.;
C.R. BARD, INC.; and
JENNIE STUART MEDICAL CENTER DEFENDANTS

Comes now Terry Hoffman after first being duly sworn and states as follows:

1. My name is Terry Hoffman.

2. On or about September 7, 2006, I entered Jennie Stuart Medical Center for a ventral hernia repair with a Composix Kugel Hernia Patch 0010202, Lot 43EPD553, performed by Dr. John Roark.

3. Within a few months of having the Kugel patch implanted, I began suffering extreme abdominal pains for which I sought treatment from my physician.

4. On February 23, 2007, my physician informed me of the recall of the Composix Kugel Patch.

5. On or about August 7, 2007, I was again admitted to Jennie Stuart Medical Center for repair of the hernia and removal f the Composix Kugel Hernia Patch which was performed by Dr. Marshall VanMeter.

6. I spoke on the phone with Cassie from C.R. Bard at which time she informed me that the Composix Kugel Hernia Patch 0010202, Lot 43EPD553 was manufactured in May, 2005, and recalled in March, 2006.

Further Affiant sayeth naught.

TERRY HOFFMAN

STATE OF KENTUCKY

COUNTY OF CALDWELL

Subscribed and sworn to me by Terry Hoffman, this the 16th day of June, 2005.

My commission expires: 4-29-10

NOTARY PUBLIC

Prepared by:

Willard B. Paxton
P.O. Box 478
327 South Jefferson Street
Princeton, Kentucky 42445

DISTRIBUTION
GA and NC

RECALLS AND FIELD CORRECTIONS: DEVICES – CLASS I

This is an extension of Class I recall # Z-0524/0526-06, reported in the March 1, 2006, Enforcement Report

PRODUCT
a) Bard Composix Kugel Mesh X-Large Patch Oval with ePTFE, 8.7" x 10.7"
Code 0010206, Recall # Z-0524-06;
b) Bard Composix Kugel Mesh X-Large Patch Oval with ePTFE, 10.8" x 13.7"
(25.4cm x 33cm) Code: 0010207, Recall # Z-0525-06;
c) Bard Composix Kugel Mesh X-Large Patch Oval with ePTFE, 7.7" x 9.7"
(19.6cm x 24.6cm) Code: 0010208, Recall # Z-0526-06:
d) Bard® Composix® Kugel Large Oval, 5.4" x 7" for hernia repairs
Product Code: 0010202, Recall # Z-0760-06;
e) Bard® Composix® Kugel Large Circle, 4.5" for hernia repairs
Product Code: 0010204, Recall # Z-0761-06;
f) Bard® Composix® Kugel Oval, 6.3 x 12.3"' for hernia repairs
Product Code: 0010209, Recall # Z-0762-06
CODE
a), b), and c) Lot Codes: 41XMXXXX -- M = 2002, 41XNXXXX – N = 2003,
43XMXXXX -- M = 2002, 43XNXXXX -- N = 2003,
43XOXXXX -- O = 2004, 43XPXXXX -- P = 2005. If the lot number
does not contain either M, N, O or P as the 4th character the lot is
not affected by this recall;
d), and e) Lot Numbers: 41*L****, 41*M****, 41*N**** 43*L****, 43*M****, 43*N****;
f) All Lot Numbers
RECALLING FIRM/MANUFACTURER
*Recalling Firm:* Davol Inc., Sub. C. R. Bard, Inc., Cranston, RI, by letters on December 22, 2005, December 27, 2005, January 5, 2006 and March 24, 2006.
*Manufacturer:* Bard, Las Piedras, PR, firm initiated recall is ongoing.
REASON
Memory recoil ring could break and potentially lead to bowel perforation and or chronic enteric fistula. (Z-0760/0762-06 extension of recall Z-0524/0526-06)
VOLUME OF PRODUCT IN COMMERCE
31,751 units + 50,506 in recall extension
DISTRIBUTION
Nationwide, Australia, Canada, and Japan

RECALLS AND FIELD CORRECTIONS: DEVICES -- CLASS II

PRODUCT
Rubicor EnCapsule Breast Biopsy Device, Part Number 31358, Recall # Z-0715-06
CODE
Lot number: 06011817
RECALLING FIRM/MANUFACTURER
Rubicor Medical, Inc., Redwood City, CA, by visit on February 17, 2006 and by letter, dated March 13, 2006, firm initiated recall is complete.
REASON
Devices' sterility may be compromised due to lack of adequate sterilization.
VOLUME OF PRODUCT IN COMMERCE
19 units
DISTRIBUTION
Nationwide

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
DIVISION NO. II
CASE NO. 08-CI-00130

TERRY HOFFMAN, PLAINTIFF,

VS. **RESPONSE OF DEFENDANTS, DAVOL, INC., AND C. R. BARD, INC., TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT, JENNIE STUART MEDICAL CENTER**

DAVOL, INC., C.B. BARD, INC., AND
JENNIE STUART MEDICAL CENTER, DEFENDANTS.

**COMES NOW,** the Defendants, Davol, Inc., and C.R. Bard, Inc., by and through their undersigned counsel, and for their Response to the May 29, 2008, Motion for Summary Judgment filed by the Co-Defendant, Jennie Stuart Medical Center, state that they have no opposition to the Motion, and are in agreement that there is, and never has been any cause of action against the hospital.

In support of its position, these Defendants state that counsel for Davol, Inc., and C.R. Bard, Inc., were initially contacted by the Plaintiff prior to the initiation of this proceeding. In a serious of four (4) separate successive letters to Plaintiff, the Plaintiff was advised that no patch, subject to possible recall, was provided to Jennie Stuart Medical Center that could form the basis of any claim against the hospital. Copies of correspondence dated October 15, 2007; December 10, 2007; December 11, 2007; December 17, 2007; and, January 8, 2008, are attached hereto, the terms of which are incorporated herein by reference.

WHEREFORE, these Defendants respectfully state that they have no opposition to the entering of an Order granting the Motion of Jennie Stuart Medical Center.

This 20th day of June, 2008.

Respectfully submitted,

THOMAS & ARVIN

Daniel N. Thomas
THOMAS AND ARVIN
1209 South Virginia Street
P.O. Box 675
Hopkinsville, Kentucky 42241-0675
Tel: (270) 886-6363
Fax: (270) 886-8544

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C. R. BARD, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Response of Defendants, Davol, Inc., and C. R. Bard, Inc., to Motion for Summary Judgment was this 20th day of June, 2008, placed in the United States Mail, transmitted by facsimile, or hand deliver to the following:

Mr. Willard B. Paxton, Esq.
P.O. Box 478
327 South Jefferson Street
Princeton, Kentucky 42445

Mr. Charles G. Franklin
FRANKLIN, GORDON & HOBGOOD
24 Court Street
P.O. Box 547
Madisonville, Kentucky 42431

Daniel N. Thomas
THOMAS & ARVIN

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
HOPKINSVILLE, KENTUCKY
CIVIL ACTION NO. 08-CI-00130
DIVISION II

TERRY HOFFMAN PLAINTIFF

VS.

DAVOL, INC.; C. R. BARD, INC.; and
JENNIE STUART MEDICAL CENTER DEFENDANTS

**DEFENDANT, JENNIE STUART MEDICAL CENTER'S NOTICE OF CANCELLATION OF HEARING ON MOTION FOR SUMMARY JUDGMENT**

* * * * * * * * * *

Defendant, Jennie Stuart Medical Center, Inc. by counsel, gives notice that the hearing on its Motion for Summary Judgment, which was set for June 25, 2008, is hereby **cancelled**. The hearing is not being rescheduled at this time.

This the 24th day of June, 2008.

Charles G. Franklin
FRANKLIN, GORDON & HOBGOOD
24 Court Street
P. O. Box 547
Madisonville, KY 42431
270-821-7252
*Attorneys for defendant, Jennie Stuart Medical Center, Inc.*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was this day served upon the following by postage prepaid mail:

1) Willard B. Paxton, Esq.
P. O. Box 478
327 South Jefferson Street
Princeton, KY 42445

2) Daniel N. Thomas, Esq.
THOMAS & ARVIN
1209 S. Virginia Street
P. O. Box 675
Hopkinsville, KY 42241-0675

On this the 24th day of June, 2008.

Charles G. Franklin

COMMONWEALTH OF KENTUCKY
CHRISTIAN CIRCUIT COURT
HOPKINSVILLE, KENTUCKY
CIVIL ACTION NO. 08-CI-00130
DIVISION II

ENTERED
ATTEST: GARY J. HADDOCK, CLERK
JUL - 1 2008
CHRISTIAN COUNTY, KENTUCKY
BY ______ D.C.

TERRY HOFFMAN — PLAINTIFF

VS.

DAVOL, INC.; C. R. BARD, INC.; and
JENNIE STUART MEDICAL CENTER — DEFENDANTS

**AGREED ORDER OF DISMISSAL**
**OF JENNIE STUART MEDICAL CENTER**

* * * * * * * * * *

The Court, after being duly and sufficient advised that the plaintiff desires to voluntarily dismiss their claims against the defendant, Jennie Stuart Medical Center, HEREBY ORDERS AS FOLLOWS:

1) All claims of the plaintiff, Terry Hoffman, that have been, or could have been, brought against Jennie Stuart Medical Center, Inc., are hereby dismissed with prejudice.

IT IS SO ORDERED this the 30 day of June, 2008.

DATE 7/2/08
COPY ATTEST
GARY J. HADDOCK
CIRCUIT COURT CLERK
CHRISTIAN COUNTY, KY
BY ______ D.C.

JOHN ATKINS, JUDGE
CHRISTIAN CIRCUIT COURT,
DIVISION II

HAVE SEEN & AGREED:

Willard B. Paxton
Counsel for plaintiff

Charles G. Franklin
Counsel for Jennie Stuart Medical Center