# Case Assignment
# Standard CivilAssignment

Case number **5:08CV-110-R**

Assigned : Judge Thomas B. Russell
Judge Code : 4413

Assigned on 07/07/2008

Request New Judge ..... Return

fee paid
rec# P33001200