IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

'08 JUL -7 P2:58

FILED
US DISTRICT COURT CLE
WESTN DIST KENTUCK

| | | |
|---|---|---|
| **TERRY HOFFMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.** 5:08CV-110-R |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **DAVOL, INC., C.R. BARD, INC.** | ) | |
| | ) | |
| **Defendants** | ) | |
| | ) | |

**PETITION FOR REMOVAL**

The Defendants, Davol, Inc. and C.R. Barid, Inc., respectfully show the Court:

1. The above-entitled action was commenced in the Christian Circuit Court on January 22, 2008, and is now pending in the Christian Circuit Court, as Case No. 08-CI-00130,

2. The above-mentioned action is a civil action in which the Plaintiff claims damages based upon contentions of negligence, breach of express and implied warranties; product liability and emotional distress.

3. Petitioners are the two (2) Defendants named in the action.

4. The action is one of which the United States District Courts are given original jurisdiction by reason of the diversity of citizenship of the parties.

5. The amount in controversy in the action, exclusive of interest and costs, exceeds $75,000.

6. A copy of the Plaintiff's Complaint was personally served on each of the Defendants, via long arm process through the Kentucky Secretary of State.

7. The allowable time has not yet expired since the action became removable by these Defendants, after the July 1, 2008, voluntary dismissal by the Plaintiff of the initial co-Defendant, Jennie Stuart Medical Center.

8. At the time of the filing of the Plaintiffs Complaint, the Plaintiff, Hoffman was and now is a citizen and resident of the State of Kentucky.

The Defendant, Davol, Inc., was and now is a corporation organized and existing under the laws of the State of Rhode Island, with its principle place of business at Cranston, Rhode Island. The Defendant, C.R. Bard, Inc., was and now is a corporation organized and existing under the laws of the State of New Jersey, with its principal place of business in New Jersey.

WHEREFORE, Defendants, Davol, Inc. and C.R. Bard, Inc. requests that the above-entitled action be Removed from the Christian Circuit Court, Hopkinsville, Kentucky, to the United States District Court for the Western District of Kentucky, Paducah Division.

This 3rd day of July, 2008.

Daniel N. Thomas
THOMAS & ARVIN
1209 S. Virginia Street
P.O. Box 675
Hopkinsville, Kentucky 42241-0675
Hopkinsville, Kentucky 42241-0675
(270) 886-6363 (Telephone)

**ATTORNEY FOR DEFENDANTS**
**DAVOL, INC., AND C.R. BARD, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Removal was this 3rd day of July, 2008, placed in the United States Mail, transmitted by facsimile, or hand deliver to Mr. Willard B. Paxton, Esq., P.O. Box 478, 327 South Jefferson Street, Princeton, Kentucky, 42445.

Daniel N. Thomas
THOMAS & ARVIN