**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF KENTUCY
PADUCAH DIVISION**

'08 JUL -7 P2:59

FILED
US DISTRICT COURT
WESTN. DIST. KENTUCKY

**TERRY HOFFMAN,**

**Plaintiff,**

**v.**

**Civil Action No.:** 5:08CV-110-R

**DAVOL INC., and C.R. BARD, INC.,**

**Defendants.**

**CORPORATE DISCLOSURE STATEMENT**

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Dated this 3rd day of July, 2008.

Respectfully submitted,

/s/

Daniel N. Thomas
Thomas & Arvin
1209 South Virginia St.
P.O. Box 675
Hopkinsville, KY 42241
Tel: (270) 886-6363

**ATTORNEY FOR DEFENDANTS
DAVOL INC. AND C.R. BARD, INC.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished by First Class U.S. Mail to: Willard B. Paxton, P.O. Box 478, 327 South Jefferson Street, Princeton, KY 42445 this 3rd day of July 2008.

Daniel N. Thomas