Office of the Clerk
501 Broadway, Room 127
Paducah, Kentucky 42001-6866
270-415-6400
kywd.uscourts.gov

Jeffrey A. Apperson
Clerk of Court

Vanessa Armstrong
Chief Deputy Clerk

July 8, 2008

# N O T I C E

RE: TERRY HOFFMAN
V.
DAVOL, INC., ET AL
08-CI-00130

TO WHOM IT MAY CONCERN:

Please be advised that a Notice of Removal was filed in this court on July 7, 2008 regarding the above reference action and assigned Civil Action No.: 5:08CV-110-R. Pease refer to this civil action number on all further pleadings.

JEFFREY A. APPERSON, CLERK

BY: s/ Kelly Sherrard
Deputy Clerk
United States District Court

cc: Counsel of Record
Circuit Court