UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO.: 5:08-CV-110-R

***FILED ELECTRONICALLY***

TERRY HOFFMAN PLAINTIFF

V

**NOTICE OF SERVICE**

DAVOL, INC.
AND
C.R. BARD, INC. DEFENDANTS

Comes now the Plaintiff, Terry Hoffman, by Counsel, and hereby gives the Court and the parties notice that it served upon the Defendants by U.S. mail, postage pre-paid, Plaintiff's Requests for Admissions, on this the 9th day of July, 2008.

Respectfully submitted,

___*//s// WILLARD B. PAXTON*______

Willard B. Paxton
P.O. Box 478
327 South Jefferson Street
Princeton, Kentucky 42445
270-365-6555
270-365-6644 – FAX
paxtonlaw@hotmail.com
paxtonw@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July, 2008, a true and correct copy of the foregoing Notice was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to the following:

Hon. Daniel Thomas
Thomas and Arvin
1209 South Virginia Street
P.O. Box 675
Hopkinsville, Kentucky 42241-0675

_____*//s// WILLARD B. PAXTON*_____