Office of the Clerk,
Room 127, 501 Broadway
Paducah, Kentucky 42001-6866
270-415-6400
www.kywd.uscourts.gov

Jeffrey A. Apperson
Clerk of Court

Vanessa Armstrong
Chief Deputy Clerk

July 18, 2008

Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Federal Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

IN RE: MDL - 1842

To Whom It May Concern:

Enclosed please find copies of the docket sheet and complaint filed in our district on July 7, 2008 we believe that these actions are related to MDL 1842.

If you need any further information, please feel free to contact me at 270-415-6408.

Very truly yours,

JEFFREY A. APPERSON, CLERK

BY: s/ Kelly Sherrard
Deputy Clerk

Enclosures