Jeffrey A.Apperson
Clerk, U.S. District Court
Western District of Kentucky
Ph:1-502-625-3522
----- Forwarded by Jeffrey A Apperson/KYWD/06/USCOURTS on 08/14/2008 01:25 PM -----



**"Paulette Dube" <Paulette_Dube@RID.USCOURTS.GOV>**

08/14/2008 10:32 AM

To "James McCormack" <James_McCormack@ared.uscourts.gov>, "Richard Weare" <Richard_Weare@azd.uscourts.gov>, "MDLClerk" <MDLClerk@cacd.uscourts.gov>, "Sheryl Loesch" <Sheryl_Loesch@flmd.uscourts.gov>, "Marge Krahn" <Marge_Krahn@iasd.uscourts.gov>, "Dorothy Keller-Flowers" <Dorothy_Keller-Flowers@ilnd.uscourts.gov>, "Willie Haynes" <Willie_Haynes@ilnd.uscourts.gov>, "Jeffrey A Apperson" <Jeffrey_A_Apperson@kywd.uscourts.gov>, "Rich Sletten" <Rich_Sletten@mnd.uscourts.gov>, "Jim Woodward" <Jim_Woodward@moed.uscourts.gov>, "Pat Brune" <Pat_Brune@mow.uscourts.gov>, "Charlie Sanders" <Charlie_Sanders@njd.uscourts.gov>, "August Marziliano" <August_Marziliano@nyed.uscourts.gov>, "JMichael McMahon" <JMichael_McMahon@nysd.uscourts.gov>, "Michael Kunz" <Michael_Kunz@paed.uscourts.gov>, "Marlene Anderson" <Marlene_Anderson@paed.uscourts.gov>, "Michael Milby" <Michael_Milby@txs.uscourts.gov>

cc

Subject MDL 1842 Kugel Mesh Hernia Patch Product Liability Litigation

**Please forward the following Notice along with the attached transfer order to the appropriate clerk(s) in your office. Thank you.**

In re: MDL 1842
Kugel Mesh Hernia Patch Products Liability Litigation

Attached is a certified copy of the conditional transfer order (CTO-25) received from the Multidistrict Litigation Panel in Washington, DC. It instructs that the case(s) listed from your district be transferred to our district for coordinated or consolidated pretrial proceedings. Schedule CTO-25 Tag Along Actions includes the case number assigned to each action by the District of Rhode Island.

The Honorable Mary M. Lisi will preside over the cases. If you are a 3.0,3.1 or 3.2 court, please extract the case(s) listed for your district and transfer them to us through CM/ECF.

If you are not live on 3.0,3.1or 3.2, Judge Lisi directs that the complaint, and any pending motions along with their objections and a certified copy of the docket be transferred to this Court. Please forward the documents in a PDF format attached to an email sent to

barbara_barletta@rid.uscourts.gov. Please attach separate PDFs for each document. If this is not possible, please forward printed copies of the requested documents via mail.

Should you have any questions regarding this request, please contact Paulette Dube at 401-752-7222.

Sincerely yours,

/s/ David A. DiMarzio
David A. DiMarzio, Clerk
District of Rhode Island



cto - 25.pdf