CLOSED

# U.S. District Court
# Western District of Kentucky (Paducah)
# CIVIL DOCKET FOR CASE #: 5:08−cv−00110−TBR

Hoffman v. Davol, Inc. et al
Assigned to: Judge Thomas B. Russell
Case in other court: Christian Circuit Court, 08−CI−00130
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 07/07/2008
Date Terminated: 08/26/2008
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Terry Hoffman** represented by **Willard B. Paxton**
Paxton Law Firm
327 S. Jefferson Street
P.O. Box 478
Princeton, KY 42445−0483
270−365−6555
Fax: 270−365−6644
Email: paxtonlaw@hotmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Daniel N. Thomas**
Thomas &Arvin
1209 Virginia Street
P.O. Box 675
Hopkinsville, KY 42241−0675
270−886−6363
Fax: 270−886−8544
Email: dthomas@thomasandarvin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Daniel N. Thomas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2008 | Ï 1 | NOTICE OF REMOVAL by Davol, Inc., C.R. Bard, Inc. from Christian Circuit Court, case number 08−CI−00130. ( Filing fee $ 350, receipt no. P33001200), filed by Davol, Inc., C.R. Bard, Inc. (Attachments: # 1 Exhibit A − State Court Agreed Order of Dismissal of Defendant Jennie Stuart Medical Center, # 2 Exhibit B − State Court Summons and Complaint, # 3 Exhibit B − (cont) State Court Documents, # 4 Exhibit B − (cont) State Court Documents, # 5 Exhibit B − |

| | | |
|---|---|---|
| | | (cont) State Court Documents, # 6 Exhibit B − (cont) State Court Documents, # 7 Cover Sheet) (KJS) (Entered: 07/08/2008) |
| 07/07/2008 | Ï 2 | Case Assignment (Random Selection): Case Assigned to Judge Thomas B. Russell. (KJS) (Entered: 07/08/2008) |
| 07/07/2008 | Ï 3 | PETITION FOR REMOVAL by Davol, Inc., C.R. Bard, Inc. re 1 Notice of Removal (KJS) (Entered: 07/08/2008) |
| 07/07/2008 | Ï 4 | Corporate Disclosure Statement by Davol, Inc., C.R. Bard, Inc. (KJS) (Entered: 07/08/2008) |
| 07/07/2008 | Ï 5 | ANSWER to Complaint with Jury Demand by Davol, Inc., C.R. Bard, Inc. (KJS) (Entered: 07/08/2008) |
| 07/08/2008 | Ï 6 | NOTICE re 1 Notice of Removal (KJS) (Entered: 07/08/2008) |
| 07/09/2008 | Ï 7 | NOTICE by Terry Hoffman *of service of Request for Admissions* (Paxton, Willard) (Entered: 07/09/2008) |
| 07/11/2008 | Ï 8 | MOTION to Stay *of Proceedings Pending Transfer to Federal Multidistrict Litigation* by Defendants Davol, Inc., C.R. Bard, Inc. Responses due by 7/29/2008 (Attachments: # 1 Exhibit Notice of Potential Tag) (Thomas, Daniel) (Additional attachment(s) added on 7/14/2008: # 2 Main Document, # 3 Proposed Order) (KJS). (Entered: 07/11/2008) |
| 07/14/2008 | Ï | NOTICE OF DOCKET CORRECTION re 8 MOTION to Stay *of Proceedings Pending Transfer to Federal Multidistrict Litigation* ; Error:Motion and order filed as one PDF document; Correction:Proposed order re−docketed by Court as an attachment (KJS) (Entered: 07/14/2008) |
| 07/18/2008 | Ï 9 | NOTICE of MDL action (KJS) (Entered: 07/18/2008) |
| 08/11/2008 | Ï 10 | Letter from MDL Panel to David A. DiMarzio, Clerk re MDL 1842 (KJS) (Entered: 08/12/2008) |
| 08/26/2008 | Ï 11 | CERTIFIED TRANSFER ORDER re MDL 1842 (Attachments: # 1 Email re MDL 1842) (KJS) (Entered: 08/26/2008) |